**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1310**

LAWRENCE VERLINE WILDER, SR.,

             Plaintiff - Appellant,

     v.

KATHLEEN SEBELIUS, Secretary, United States Department of
Health and Human Services,

             Defendant - Appellee.

**No. 09-1366**

LAWRENCE VERLINE WILDER, SR.,

             Plaintiff - Appellant,

     v.

KATHLEEN SEBELIUS,

             Defendant - Appellee.

Appeals from the United States District Court for the District
of Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:97-cv-01809-FNS; 1:96-cv-03472-FNS)

Submitted:  October 20, 2009        Decided:  November 3, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se. Tamera Lynn Fine, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying his motions to reopen two civil actions that have been closed for more than ten years. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wilder v. Sebelius</u>, Nos. 1:97-cv-01809-FNS; 1:96-cv-03472-FNS (D. Md. Mar. 4, 2009). Wilder's motions for rehearing and rehearing en banc, for appointment of counsel, and for an excusable neglect waiver are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>